UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH CAROLINA
ANDERSON DIVISION

| | |
|---|---|
| Kathy Virginia McKee,<br><br>                              Plaintiff,<br>v.<br><br>Cotterman Company,<br><br>                              Defendant. | **CONSENT ORDER**<br><br>8-08-CV-03810-RBH |

     Defendant filed a Motion to Compel with the Court on April 30, 2009, in the above-referenced matter. The basis for the Motion was the failure of Plaintiff to serve responses to discovery. In a telephone conference with the Court on May 4, 2009, Plaintiff's counsel informed that he was in the process of preparing Plaintiff's responses and agreed to serve same on or before Wednesday, May 6, 2009. As Defendant's Motion to Compel deals solely with Plaintiff's failure to respond and Plaintiff has agreed to do so by Wednesday, May 6, 2009, Defendant's Motion, as originally filed, is rendered moot.

     IT IS SO ORDERED.

                                       s/ R. Bryan Harwell
                                       Hon. R. Bryan Harwell
                                       United State District Judge

May 5, 2009

WE CONSENT:

| | |
|---|---|
| s/Zandra L. Johnson<br>Kurt M. Rozelsky, Fed. Bar #6299<br>Zandra L. Johnson, Fed. Bar #9219<br>Smith Moore Leatherwood LLP<br>P.O. Box 87<br>Greenville, SC 29602<br>*Attorneys for Defendant* | s/Milford O. Howard<br>Milford O. Howard, III<br>Dunaway & Associates<br>P.O. Box 1865<br>Anderson, SC 29622<br>*Attorneys for Plaintiff* |